437 A.2d 1033

Commonwealth v. Pabon, Appellant.
Petition for Allowance of Appeal Denied Jan. 11, 1982.

Submitted March 2, 1981. George T. Guarnieri, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WICKERSHAM and BROSKY, JJ.

Order affirmed.

CERCONE, P. J., filed a memorandum concurring and dissenting opinion.